**Saenz & Anderson, PLLC**
20900 NE 30th Avenue
Ste 800
Aventura, Florida 33180
United States
305-503-5131



| | |
|---|---|
| **Emma Paz** | **Balance** $15,592.00 |
| 820 battery Pointe Dr | **Invoice #** 00713 |
| Orlando, FL 32828 | **Invoice Date** August 15, 2023 |
| | **Payment Terms** Due on Receipt |
| | **Due Date** August 15, 2023 |

## Paz, Emma v. Salsas Cocina Titusville (JU)

For services rendered between
March 01, 2022 and February 15, 2023

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 03/22/2022 | UL | Open File | | $75.00 | 0.75 | $56.25 |
| 03/22/2022 | RS | Conference With Client re- | initial interview; analyze case, conduct research on defendants, their assets and the probability of collection; research possible legal names of defendant corporation. | $400.00 | 1.10 | $440.00 |
| 03/28/2022 | RS | Review | client's comment regarding wrongful termination; devise strategy to use in the case. | $400.00 | 0.30 | $120.00 |
| 03/29/2022 | UL | Call with Client | client called for case update and said she was fired | $75.00 | 0.25 | $18.75 |
| 03/30/2022 | RS | Discuss Case Strategy | with client and prepare draft of complaint for client review and approval. | $400.00 | 1.70 | $680.00 |
| 03/31/2022 | UL | Call with Client | call with client complaint review | $75.00 | 0.55 | $41.25 |
| 04/05/2022 | UL | Call with Client | client called for case update | $75.00 | 0.20 | $15.00 |
| 04/06/2022 | AS | Review, Revise, Research, and Confer | review correspondence with client and client's documents, revise complaint, research pleading tip credit, and confer with co-counsel and UL | $275.00 | 1.15 | $316.25 |
| 04/06/2022 | AS | Strategize and Confer | re pleading | $275.00 | 0.05 | $13.75 |
| 04/08/2022 | AS | Strategize and Prepare | strategize re complaint and prepare draft | $275.00 | 0.25 | $68.75 |
| 04/20/2022 | UL | Call with Client | client called for case update if had filed lawsuit | $75.00 | 0.20 | $15.00 |
| 04/21/2022 | AS | Strategize and Confer | with co-counsel re complaint | $275.00 | 0.10 | $27.50 |
| 05/02/2022 | UL | Call with Client | client called for case update | $75.00 | 0.20 | $15.00 |
| 05/02/2022 | AS | Revise and Confer | revise complaint and confer with AT | $275.00 | 0.40 | $110.00 |
| 05/03/2022 | AT | File complaint | | $75.00 | 0.70 | $52.50 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/03/2022 | AS | Review and Confer | review initial filing and confer with UL | $275.00 | 0.10 | $27.50 |
| 05/03/2022 | IDA | Review and Approve | complaint for filing | $400.00 | 0.40 | $160.00 |
| 05/04/2022 | AS | Receive and Review | notice of assignment to judge | $275.00 | 0.05 | $13.75 |
| 05/04/2022 | UL | Review | uploads | $75.00 | 0.05 | $3.75 |
| 05/05/2022 | AS | Receive, Review, and Confer | receive and review summonses issued to the defendants and confer with AT | $275.00 | 0.10 | $27.50 |
| 05/11/2022 | AS | Receive and Review | INITIAL ORDER re Case Management and Deadlines | $275.00 | 0.10 | $27.50 |
| 05/11/2022 | UL | upload docs | add deadline | $75.00 | 0.20 | $15.00 |
| 05/12/2022 | UL | upload docs | calendar deadline | $75.00 | 0.15 | $11.25 |
| 05/16/2022 | RS | Receive, Review and Docket | INITIAL ORDER re Case Management and Deadlines. | $400.00 | 0.20 | $80.00 |
| 05/17/2022 | AS | Receive and Review | return of service | $275.00 | 0.05 | $13.75 |
| 05/23/2022 | UL | Review | uploads | $75.00 | 0.05 | $3.75 |
| 05/25/2022 | UL | upload docs | | $75.00 | 0.05 | $3.75 |
| 05/27/2022 | AS | Review and Research | review status of service and research location of individual defendant | $275.00 | 0.15 | $41.25 |
| 05/31/2022 | AS | Receive, Review, and Confer | receive and review Defendants' answer and affirmative defenses, review court order on CMR, and confer with clerk re conference with OC and service of process on Defendant | $275.00 | 0.35 | $96.25 |
| 05/31/2022 | AT | Calendar deadlines | | $75.00 | 0.15 | $11.25 |
| 05/31/2022 | AT | email | | $75.00 | 0.20 | $15.00 |
| 06/01/2022 | AT | coordinate | case management conf | $75.00 | 0.15 | $11.25 |
| 06/01/2022 | AS | Receive and Review | correspondence re case management conference | $275.00 | 0.05 | $13.75 |
| 06/01/2022 | AS | Receive and Review | CERTIFICATE of interested persons and corporate disclosure statement | $275.00 | 0.05 | $13.75 |
| 06/01/2022 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 06/02/2022 | UL | Case Review | | $75.00 | 0.05 | $3.75 |
| 06/02/2022 | UL | Review | uploads | $75.00 | 0.05 | $3.75 |
| 06/03/2022 | AS | Strategize and Confer | strategize re status and confer with clerk | $275.00 | 0.05 | $13.75 |
| 06/03/2022 | UL | Case Review | | $75.00 | 0.15 | $11.25 |
| 06/06/2022 | AS | Review and Confer | review correspondence from OC, draft CMR, and rule, and confer with OC | $275.00 | 0.15 | $41.25 |
| 06/07/2022 | UL | Call with Client | client called for case update | $75.00 | 0.15 | $11.25 |
| 06/10/2022 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 06/21/2022 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 06/21/2022 | UL | Call with Client | client called for case update | $75.00 | 0.25 | $18.75 |
| 06/21/2022 | UL | upload docs | | $75.00 | 0.05 | $3.75 |
| 06/24/2022 | AS | Review, Strategize, and Confer | review file and order requiring CMR, strategize re discovery and CMR, and confer with OC and clerk | $275.00 | 0.35 | $96.25 |
| 06/27/2022 | AS | Review and Confer | review correspondence from OC and confer re conference with OC | $275.00 | 0.10 | $27.50 |

| Date | Type | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/27/2022 | AT | Calendar | Case Management Conference | $75.00 | 0.05 | $3.75 |
| 06/28/2022 | AS | Review and Confer | review order requiring case management report and confer with OC regarding case management report and conference | $275.00 | 0.20 | $55.00 |
| 06/29/2022 | AS | confer | with OC and clerk regarding case management report | $275.00 | 0.15 | $41.25 |
| 06/30/2022 | UL | Case Status Report | Review case. Manage tasks. Update case status report. | $75.00 | 0.25 | $18.75 |
| 07/06/2022 | UL | Call with Client | Client called for case update. | $75.00 | 0.15 | $11.25 |
| 07/07/2022 | AT | Calendar | f/u Paz,Emma/Deadline to file Case Management Report due July 8th. | $75.00 | 0.10 | $7.50 |
| 07/07/2022 | UL | task | Review tasks. | $75.00 | 0.10 | $7.50 |
| 07/08/2022 | AS | Review, Draft, and Confer | review order requiring case management report, review correspondence with OC, draft case management report, and confer with OC | $275.00 | 0.80 | $220.00 |
| 07/11/2022 | AS | Review, Draft, and File | review correspondence from OC and draft/file case management report | $275.00 | 0.25 | $68.75 |
| 07/11/2022 | AT | Calendar deadlines | Uniform Case Management Report | $75.00 | 0.50 | $37.50 |
| 07/11/2022 | UL | Case Status Report | Review case. Review tasks. Upload CMR. Update case status chart. | $75.00 | 0.40 | $30.00 |
| 07/12/2022 | AT | Case Review | f/u w/Aron to start coordinating Depositions and Mediation | $75.00 | 0.10 | $7.50 |
| 07/12/2022 | AS | Review, Strategize, and Confer | review file, strategize regarding discovery and mediation, and confer with clerk and co-counsel | $275.00 | 0.20 | $55.00 |
| 07/13/2022 | AT | coordinate | email OC to start coordinating Depositions and Mediation | $75.00 | 0.35 | $26.25 |
| 07/14/2022 | AS | Review and Strategize | review case status and strategize regarding mediation and discovery | $275.00 | 0.10 | $27.50 |
| 07/15/2022 | AS | Review and Confer | review discovery requests to P and confer regarding discovery requests | $275.00 | 0.10 | $27.50 |
| 07/15/2022 | AT | Service of Process on Defendant(s) | f/u | $75.00 | 0.05 | $3.75 |
| 07/15/2022 | AT | Discovery requests | send out Discovery to client, email, letter, send text | $75.00 | 0.25 | $18.75 |
| 07/18/2022 | UL | Discovery requests | Review uploads Add deadline Create tasks. | $75.00 | 0.20 | $15.00 |
| 07/18/2022 | AT | Follow up with opposing counsel | availability to set Depositions and Mediation | $75.00 | 0.10 | $7.50 |
| 07/18/2022 | AS | Review | correspondence regarding mediation | $275.00 | 0.05 | $13.75 |
| 07/18/2022 | AT | Calendar | f/u on Paz,Emma/Deadline for providing mandatory initial disclosures (AS) due July 20th. | $75.00 | 0.10 | $7.50 |
| 07/18/2022 | UL | task | Review, manage, update | $75.00 | 0.05 | $3.75 |
| 07/19/2022 | AS | Review, Draft, Prepare, and Confer | review client's documents, draft plaintiff's initial disclosures, prepare plaintiff's document production, and confer with plaintiff regarding witnesses, documents, and status | $275.00 | 1.15 | $316.25 |
| 07/20/2022 | AS | Confer with OC | regarding depositions | $275.00 | 0.05 | $13.75 |
| 07/20/2022 | AS | Review, Prepare, and Confer | review correspondence, prepare disclosures, and confer with client, OC, and clerk | $275.00 | 0.80 | $220.00 |
| 07/21/2022 | AS | Confer with OC | regarding defendant's rule 26 disclosures | $275.00 | 0.05 | $13.75 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/21/2022 | AS | Review, Strategize, and Confer | review case status, strategize regarding case, and confer regarding status and strategy | $275.00 | 0.10 | $27.50 |
| 07/21/2022 | AT | upload docs | client docs<br>rule 26 disclosures | $75.00 | 0.30 | $22.50 |
| 07/21/2022 | UL | Review | Uploaded documents from client | $75.00 | 0.15 | $11.25 |
| 07/21/2022 | AT | Follow up with opposing counsel | to get Depositions and Mediation scheduled | $75.00 | 0.10 | $7.50 |
| 07/22/2022 | AT | Follow up with opposing counsel | re: selection of Mediator | $75.00 | 0.10 | $7.50 |
| 07/22/2022 | AS | confer | with client regarding status of | $275.00 | 0.05 | $13.75 |
| 07/25/2022 | AS | Confer with Client | regarding discovery requests | $275.00 | 0.05 | $13.75 |
| 07/25/2022 | AS | Review and Confer | review court order and confer with OC regarding mediation | $275.00 | 0.15 | $41.25 |
| 07/25/2022 | AT | Draft | Discovery Responses<br>Call client to f/u | $75.00 | 0.45 | $33.75 |
| 07/25/2022 | AT | Follow up with opposing counsel | on their availability to set Depositions | $75.00 | 0.10 | $7.50 |
| 07/25/2022 | UL | Case Status Report | Update chart<br>Follow up on tasks | $75.00 | 0.15 | $11.25 |
| 07/25/2022 | AT | Call with Client | to go over Discovery responses | $75.00 | 0.10 | $7.50 |
| 07/25/2022 | AT | Call with Client | client called to ask questions about Discovery | $75.00 | 0.10 | $7.50 |
| 07/25/2022 | AS | Receive, Review, and Confer | receive and review scheduling order and confer regarding discovery stay, deadlines, and conference | $275.00 | 0.20 | $55.00 |
| 07/25/2022 | AS | Receive and Review | correspondence from client | $275.00 | 0.05 | $13.75 |
| 07/26/2022 | AT | Case Review | Upload scheduling order<br>Calendar deadlines<br>Send court's interrogatories to Plaintiff<br>Upload client's documents | $75.00 | 0.65 | $48.75 |
| 07/26/2022 | UL | Review | FLSA order.<br>Deadlines<br>Create tasks | $75.00 | 0.40 | $30.00 |
| 07/26/2022 | AT | Follow up with opposing counsel | availability for Depositions and Mediation | $75.00 | 0.10 | $7.50 |
| 07/26/2022 | AT | Follow up with opposing counsel | Mediation and Depositions | $75.00 | 0.10 | $7.50 |
| 07/26/2022 | AS | Review, Confer, Draft, and File | review correspondence from OC, confer with OC regarding discovery and case management report, and draft/file motion for clarification | $275.00 | 0.50 | $137.50 |
| 07/26/2022 | AT | upload docs | UNOPPOSED MOTION FOR CLARIFICATION | $75.00 | 0.05 | $3.75 |
| 07/26/2022 | AT | Call with Client | to go over Discovery responses | $75.00 | 0.20 | $15.00 |
| 07/27/2022 | AT | Discovery responses | translate Discovery responses, draft them and send them to Aron for his review | $75.00 | 0.70 | $52.50 |
| 07/28/2022 | AS | Review and Strategize | review correspondence regarding mediation and strategize regarding mediation | $275.00 | 0.10 | $27.50 |
| 07/28/2022 | AS | Review and Confer | review ENDORSED ORDER granting [14] Motion for Clarification and confer regarding stay on discovery and discovery pending | $275.00 | 0.15 | $41.25 |
| 07/28/2022 | AT | Calendar | Update deadlines according to the order | $75.00 | 0.15 | $11.25 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/28/2022 | AT | Follow up with opposing counsel | on D's Rule 26 Disclosures. | $75.00 | 0.10 | $7.50 |
| 07/29/2022 | AT | Follow up with opposing counsel | to set Mediation | $75.00 | 0.05 | $3.75 |
| 07/29/2022 | AS | Review and Confer | review defendants initial disclosures and confer regarding initial disclosures | $275.00 | 0.10 | $27.50 |
| 08/01/2022 | UL | upload docs | D's rule 26 | $75.00 | 0.10 | $7.50 |
| 08/01/2022 | AT | upload docs | 2022-07-29 D's INITIAL DISCLOSURES | $75.00 | 0.05 | $3.75 |
| 08/02/2022 | AT | Follow up | w/client on court's interrogatories' responses | $75.00 | 0.10 | $7.50 |
| 08/03/2022 | AT | Call with Client | f/u on court's interrogatories | $75.00 | 0.15 | $11.25 |
| 08/03/2022 | AS | Review and Confer | review affidavit and confer regarding affidavit | $275.00 | 0.10 | $27.50 |
| 08/05/2022 | AS | Review and Confer | review correspondence from OC regarding mediation and confer with OC regarding mediation | $275.00 | 0.15 | $41.25 |
| 08/05/2022 | AT | Call with Client | Mediation availability | $75.00 | 0.25 | $18.75 |
| 08/08/2022 | AT | Draft | court's interrogatories responses | $75.00 | 0.70 | $52.50 |
| 08/08/2022 | AT | Coordinate mediation | f/u w/Aron to schedule Mediation | $75.00 | 0.20 | $15.00 |
| 08/08/2022 | AS | Review and Confer | review correspondence regarding mediation and review order regarding mediation and confer regarding mediation | $275.00 | 0.10 | $27.50 |
| 08/08/2022 | AT | task | Moving this task because we're not scheduling Mediation right now | $75.00 | 0.10 | $7.50 |
| 08/08/2022 | AT | Call with Client | to go over interrogatories' responses with client send draft to Aron | $75.00 | 0.20 | $15.00 |
| 08/08/2022 | AS | Review and Confer | review correspondence and draft answers to roggs and confer regarding correspondence and draft answers to roggs and conference with client | $275.00 | 0.10 | $27.50 |
| 08/09/2022 | AT | Call with Client | scheduled a phone conf w/Aron re: court's interrogatories | $75.00 | 0.30 | $22.50 |
| 08/09/2022 | UL | Case Review | Update chart | $75.00 | 0.05 | $3.75 |
| 08/11/2022 | AT | Call with Client | rescheduled appt w/Aron to review court's interrogatories | $75.00 | 0.15 | $11.25 |
| 08/11/2022 | UL | Deposition | Review tasks<br>Discoveryd deadline | $75.00 | 0.05 | $3.75 |
| 08/11/2022 | AS | confer | regarding court's interrogatories | $275.00 | 0.05 | $13.75 |
| 08/11/2022 | UL | Mediation | Review tasks<br>Deadlines | $75.00 | 0.15 | $11.25 |
| 08/12/2022 | AT | Case Review | f/u Aron- Paz,Emma/Deadline to serve all documents in P's possession, custody or control that pertain to the unpaid wages claimed in the Complaint (AS)<br>f/u on scheduling mediation, review calendar, send availability to OC<br>f/u on discovery stayed<br>f/u are we filing another CMR? | $75.00 | 0.45 | $33.75 |
| 08/15/2022 | AT | Case Review | review documents that were served to satisfy deadline:<br>Paz,Emma/Deadline to serve all documents in P's possession, custody or control that pertain to the unpaid wages claimed in the Complaint | $75.00 | 0.50 | $37.50 |
| 08/18/2022 | AT | Draft and Confer | Notice of Appearance | $75.00 | 0.20 | $15.00 |
| 08/19/2022 | AT | Case Review | send case update to Julisse | $75.00 | 0.35 | $26.25 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/22/2022 | UL | Case Review | Review case<br>Update chart | $75.00 | 0.15 | $11.25 |
| 08/23/2022 | AT | Draft & File | Notice of Appearance for Julisse Jimenez | $75.00 | 0.20 | $15.00 |
| 08/24/2022 | RS | Review client's file and docket of events to determine status of case and analyze strategy and next step. | | $400.00 | 0.30 | $120.00 |
| 08/26/2022 | UL | Calendar deadlines | Update calendar | $75.00 | 0.15 | $11.25 |
| 08/26/2022 | AT | Case Review | strategize on case | $75.00 | 0.20 | $15.00 |
| 08/26/2022 | JJ | Case Status Report | strategize on case | $400.00 | 0.20 | $80.00 |
| 08/29/2022 | AT | Deadline | f/u Deadline to respond to Court's Interrogatories | $75.00 | 0.15 | $11.25 |
| 08/29/2022 | AT | call and text | to remind her about her call with JJ tomorrow | $75.00 | 0.10 | $7.50 |
| 08/30/2022 | AT | call and text | to confirm today's call | $75.00 | 0.10 | $7.50 |
| 08/30/2022 | JJ | Review and Complete | Review and complete Court Interrogatories with client. Review case with her. | $400.00 | 1.00 | $400.00 |
| 08/31/2022 | JJ | Finalize & Send | Finalize responses to court interrogatories for client to sign | $400.00 | 0.50 | $200.00 |
| 08/31/2022 | AT | Draft and Confer | Court's interrogatories<br>Sent to the client to sign and notarize | $75.00 | 0.70 | $52.50 |
| 08/31/2022 | AT | Case Review | stategize with JJ | $75.00 | 0.15 | $11.25 |
| 08/31/2022 | AT | Call with Client | to sign and notarize court's rogs | $75.00 | 0.10 | $7.50 |
| 08/31/2022 | JJ | Phone Conference with OC | Settlement negotiations | $400.00 | 0.25 | $100.00 |
| 09/01/2022 | AT | Follow up | JJ - start coordinating Mediation | $75.00 | 0.10 | $7.50 |
| 09/01/2022 | AT | Coordinate mediation | send Neil Flaxman's availability to OC | $75.00 | 0.20 | $15.00 |
| 09/01/2022 | AT | Call with Client | to f/u on sign and notarize court's rogs | $75.00 | 0.10 | $7.50 |
| 09/01/2022 | AT | upload docs | D's Time/Pay records | $75.00 | 0.15 | $11.25 |
| 09/02/2022 | AT | Text Message Client re: | to send us the verification page signed and notarized | $75.00 | 0.10 | $7.50 |
| 09/02/2022 | AT | call and text | f/u signed and notarized page | $75.00 | 0.10 | $7.50 |
| 09/02/2022 | AT | File | ANSWERS TO COURT'S INTERROGATORIES | $75.00 | 0.20 | $15.00 |
| 09/02/2022 | JJ | Receive and Review | Review and approve responses to court interrogatories to file | $400.00 | 0.50 | $200.00 |
| 09/13/2022 | AT | Case Review | Coordinate Mediation. Send our availability to OC. Draft and confer Motion for leave to conduct settlement conference remotely. | $75.00 | 0.55 | $41.25 |
| 09/15/2022 | AT | Calendar | review Paz,Emma/Deadline for moving to join a party or amend the pleadings, and for moving for class certification, if applicable | $75.00 | 0.10 | $7.50 |
| 09/15/2022 | AT | File | Motion for Leave to Conduct Settlement Conference Remotely. Send email with proposed order granting Motion to the Judge. | $75.00 | 0.40 | $30.00 |
| 09/16/2022 | UL | upload docs | 2022-09-15 FILED P Mtn To Leave Conduct Stlmt Conf Remotely | $75.00 | 0.10 | $7.50 |
| 09/16/2022 | UL | upload docs | ORDER denying without prejudice [18] Plaintiff's Motion for Leave to Conduct Settlement Conference Remotely. | $75.00 | 0.15 | $11.25 |
| 09/20/2022 | UL | Case Status Report | | $75.00 | 0.10 | $7.50 |

| Date | Initials | Task | Description | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 09/20/2022 | AT | Draft and Confer | Motion to conduct settlement conference remotely. | $75.00 | 0.10 | $7.50 |
| 09/20/2022 | AT | Case Review | Strategize on case. | $75.00 | 0.20 | $15.00 |
| 09/20/2022 | JJ | Case Status Report | Strategize on case. | $400.00 | 0.20 | $80.00 |
| 09/20/2022 | UL | Case Status Report | Review case after meeting with JJA<br>Update chart<br>Fix Folders<br>Add notes | $75.00 | 0.15 | $11.25 |
| 09/21/2022 | AT | File | 2022-09-21 FINAL Joint Motion to Conduct Settlement Conference Remotely | $75.00 | 0.25 | $18.75 |
| 09/22/2022 | UL | Review | Uploads | $75.00 | 0.05 | $3.75 |
| 09/27/2022 | RS | Receive, Review and Docket | ORDER granting [20] Joint Motion for Leave to Conduct Settlement Conference remotely. | $400.00 | 0.05 | $20.00 |
| 09/28/2022 | AT | Coordinate Settlement Conf | Email OC to coordinate the settlement conference before Oct 3rd. | $75.00 | 0.15 | $11.25 |
| 09/29/2022 | AT | Coordinate Settlement Conf | Calendar settlement conference and review orders. | $75.00 | 0.30 | $22.50 |
| 09/29/2022 | AT | Coordinate mediation | Email Neil Flaxman to coordinate Mediation. | $75.00 | 0.40 | $30.00 |
| 09/29/2022 | JJ | Attend Meeting | Settlement conference | $400.00 | 0.50 | $200.00 |
| 09/30/2022 | JJ | Conference With Client re- | Court Interrogatories | $400.00 | 0.75 | $300.00 |
| 10/05/2022 | AT | Calendar | Mediation on Nov 30th and follow up on the Notice of Mediation. | $75.00 | 0.10 | $7.50 |
| 10/11/2022 | UL | upload docs | Letter from mediator<br>Add deadlines | $75.00 | 0.35 | $26.25 |
| 10/12/2022 | AT | Call with Client | The client called to ask about the date of her Mediation. | $75.00 | 0.10 | $7.50 |
| 10/13/2022 | TAG | upload | Review and upload document. | $75.00 | 0.10 | $7.50 |
| 10/17/2022 | RS | Review client's file and docket of events to determine status of case and analyze strategy and next step. | | $400.00 | 0.45 | $180.00 |
| 10/17/2022 | UL | upload docs | Trial order<br>Add deadlines and reminders | $75.00 | 0.50 | $37.50 |
| 10/19/2022 | UL | upload docs | Orders and calendar deadlines | $75.00 | 0.25 | $18.75 |
| 10/20/2022 | AT | Draft and Confer | Draft and send to Julisse Discovery Package for Salsas Cocina and Jesus Valencia. | $75.00 | 0.60 | $45.00 |
| 10/24/2022 | AT | Calendar | Call with opposing counsel. | $75.00 | 0.10 | $7.50 |
| 10/24/2022 | JJ | Attend Meeting | with Defendants counsel | $400.00 | 0.50 | $200.00 |
| 10/25/2022 | AT | Draft | Draft Plaintiff's discovery responses. | $75.00 | 0.50 | $37.50 |
| 10/27/2022 | AT | Finalize and Serve | Serve on OC Discovery package for the corporate and individual defendants. | $75.00 | 0.50 | $37.50 |
| 10/27/2022 | AT | Discovery responses | Call the client to go over her discovery responses. | $75.00 | 0.60 | $45.00 |
| 10/27/2022 | UL | Review | deadlines | $75.00 | 0.05 | $3.75 |
| 11/01/2022 | UL | upload docs | Scheduling order<br>Add deadlines and reminders | $75.00 | 0.70 | $52.50 |
| 11/01/2022 | RS | Receive, Review and Docket | Order on Discovery Procedures. | $400.00 | 0.05 | $20.00 |

| Date | Initials | Task | Description | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 11/01/2022 | AT | Case Review | Meeting with lead attorney to strategize on case. | $75.00 | 0.20 | $15.00 |
| 11/01/2022 | JJ | Case Status Report | Strategize on case. | $400.00 | 0.20 | $80.00 |
| 11/01/2022 | UL | upload docs | Order with deadlines/tasks | $75.00 | 0.10 | $7.50 |
| 11/02/2022 | UL | upload docs | Answer to complaint for attorney review | $75.00 | 0.10 | $7.50 |
| 11/02/2022 | UL | Case Review | Meeting w/JJA<br>Update tasks for case | $75.00 | 0.20 | $15.00 |
| 11/07/2022 | RS | Receive, Review and Docket | Scheduling Order. | $400.00 | 0.20 | $80.00 |
| 11/07/2022 | AT | Calendar | Review calendar deadlines. | $75.00 | 0.10 | $7.50 |
| 11/08/2022 | AT | Draft and Confer | Draft Plaintiff's discovery responses. Call the client to go over the request for production. Organize the client's documents. Send everything to Julisse for her review. | $75.00 | 1.40 | $105.00 |
| 11/10/2022 | AT | Email Client re: | Send reminders to the client for her Mediation. | $75.00 | 0.15 | $11.25 |
| 11/10/2022 | JJ | Communications with client | Case status and mediation | $400.00 | 0.25 | $100.00 |
| 11/10/2022 | AT | Draft and Confer | Prepare a draft Motion for Conditional Certification and send it to Julisse to finalize. | $75.00 | 0.50 | $37.50 |
| 11/11/2022 | AT | FInalize and FIle | Motion to Certify Class Conditional Certification and Exhibit. | $75.00 | 0.50 | $37.50 |
| 11/11/2022 | AT | Draft, Finalize, & File | Finalize the Affidavit of Plaintiff, prepare amended Motion for certify class and exhibits. Send the affidavit for the client to review and sign. Re-file the Motion and exhibits. | $75.00 | 0.80 | $60.00 |
| 11/11/2022 | UL | upload docs | Motions<br>Notices for attorney review | $75.00 | 0.25 | $18.75 |
| 11/14/2022 | AT | Coordinate mediation | Coordinate our availability and contact the Mediator to reschedule Mediation on this case. | $75.00 | 0.50 | $37.50 |
| 11/15/2022 | AT | Call | Call the mediator Marlene Quintana to ask if she has any availability. | $75.00 | 0.30 | $22.50 |
| 11/16/2022 | UL | upload docs | Order with deadline and tasks | $75.00 | 0.10 | $7.50 |
| 11/21/2022 | AT | Coordinate mediation | Send reminders to our client, schedule preparation call one day before, and conference room if required. | $75.00 | 0.20 | $15.00 |
| 11/21/2022 | AT | Draft, Prepare, and Confer | Draft Plaintiff's discovery responses with the additional information required from Julisse. Send the interrogatories for the client's signature. | $75.00 | 0.70 | $52.50 |
| 11/21/2022 | JJ | Review Discovery | Review and revise discovery | $400.00 | 1.00 | $400.00 |
| 11/22/2022 | AT | Finalize and Serve | Serve Plaintiff's discovery responses. | $75.00 | 0.30 | $22.50 |
| 11/28/2022 | AT | upload docs | Upload defendants' responses to requests for admissions. Add Mediation's Zoom details, and send a reminder to the client. | $75.00 | 0.30 | $22.50 |
| 12/08/2022 | AT | upload docs | Defendant's time records and paystubs. | $75.00 | 0.30 | $22.50 |
| 12/09/2022 | AT | Coordinate mediation | Re-schedule mediation. Coordinate new dates with our client. | $75.00 | 0.30 | $22.50 |
| 12/12/2022 | UL | Mediation | Add zoom link | $75.00 | 0.10 | $7.50 |
| 12/13/2022 | UL | Case Review | Review case deadlines | $75.00 | 0.15 | $11.25 |
| 12/13/2022 | JJ | Draft and Confer | Draft Mediation Summary | $400.00 | 1.00 | $400.00 |
| 12/14/2022 | UL | upload docs | Order<br>Add deadline | $75.00 | 0.15 | $11.25 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/15/2022 | JJ | Communications with client | Preparation for mediation and review records | $400.00 | 2.50 | $1,000.00 |
| 12/16/2022 | AT | Call with Client | Call with the client regarding Mediation. Transferred to Julisse. | $75.00 | 0.20 | $15.00 |
| 12/16/2022 | UL | upload docs | disco responses | $75.00 | 0.25 | $18.75 |
| 12/16/2022 | JJ | Attend | Mediation | $400.00 | 3.00 | $1,200.00 |
| 12/19/2022 | UL | upload docs | Client docs for attorney review | $75.00 | 0.10 | $7.50 |
| 12/19/2022 | AT | Call with Client | The client called to follow up on the settlement demand. | $75.00 | 0.25 | $18.75 |
| 12/19/2022 | AT | Email OC | Email opposing counsel to coordinate a call with Julisse. | $75.00 | 0.10 | $7.50 |
| 12/20/2022 | RS | Receive, Review and Docket | RESPONSE TO ORDER TO SHOW CAUSE re [39] . | $400.00 | 0.10 | $40.00 |
| 12/20/2022 | UL | upload docs | Response to order for attorney review | $75.00 | 0.05 | $3.75 |
| 12/20/2022 | UL | Case Review | Review deadlines<br>Tasks | $75.00 | 0.25 | $18.75 |
| 12/20/2022 | AT | upload docs | Upload Mediation invoice and other documents. | $75.00 | 0.20 | $15.00 |
| 12/22/2022 | AT | Call with Client | The client called for an update on her case. | $75.00 | 0.20 | $15.00 |
| 12/26/2022 | UL | upload docs | Mediation report | $75.00 | 0.05 | $3.75 |
| 12/27/2022 | AT | Follow up with opposing counsel | Follow up on settlement. | $75.00 | 0.10 | $7.50 |
| 12/28/2022 | AT | Follow up with opposing counsel | Follow up with opposing counsel on the settlement. | $75.00 | 0.15 | $11.25 |
| 01/03/2023 | AT | Follow up with opposing counsel | Follow up on settlement. | $75.00 | 0.15 | $11.25 |
| 01/03/2023 | UL | upload docs | Mediation Report | $75.00 | 0.05 | $3.75 |
| 01/05/2023 | UL | upload docs | Order<br>Add deadline | $75.00 | 0.10 | $7.50 |
| 01/05/2023 | AT | Follow up with opposing counsel | Follow up on settlement. | $75.00 | 0.10 | $7.50 |
| 01/05/2023 | AT | Call with Client | The client called for an update on the settlement. | $75.00 | 0.20 | $15.00 |
| 01/10/2023 | AT | Coordinate Depo | Email opposing counsel to coordinate Depositions, and send our availability. | $75.00 | 0.35 | $26.25 |
| 01/11/2023 | JJ | Review and Strategize | Response to Motion | $400.00 | 0.50 | $200.00 |
| 01/11/2023 | RS | Receive, Review and Docket | RESPONSE in Opposition re MOTION to Certify Class Conditional Certification. | $400.00 | 0.40 | $160.00 |
| 01/16/2023 | JJ | Case Review | | $400.00 | 0.75 | $300.00 |
| 01/17/2023 | AT | Coordinate Depo | Follow up on scheduling depositions. | $75.00 | 0.15 | $11.25 |
| 01/23/2023 | AT | Follow up with opposing counsel | Follow up on scheduling depositions. | $75.00 | 0.15 | $11.25 |
| 01/24/2023 | AT | Review | Review if the expenses are up to date. | $75.00 | 0.15 | $11.25 |
| 02/02/2023 | AT | Follow up with opposing counsel | Follow up on the settlement. | $75.00 | 0.15 | $11.25 |
| 02/02/2023 | AT | Review | Review the calendar and when is out reply due for the defendant's response in opposition regarding a motion to certify class conditional certification. | $75.00 | 0.20 | $15.00 |
| 02/03/2023 | AT | Follow up with opposing counsel | Follow up on their response to the settlement offer. | $75.00 | 0.15 | $11.25 |

| 02/06/2023 | AT | Follow up with opposing counsel | Follow up on the settlement negotiations. | $75.00 | 0.15 | $11.25 |
|---|---|---|---|---|---|---|
| 02/08/2023 | AT | Coordinate Depo | Follow up with opposing counsel. Send our current availability to set the depositions. | $75.00 | 0.35 | $26.25 |
| 02/08/2023 | JJ | Case Status Report | Strategize on case. | $400.00 | 0.50 | $200.00 |
| 02/08/2023 | AT | Case Review | Meeting with Julisse to strategize on case. | $75.00 | 0.20 | $15.00 |
| 02/08/2023 | UL | Case Review | Meeting w/JJA<br>Review case<br>Update chart | $75.00 | 0.20 | $15.00 |
| 02/08/2023 | AT | Coordinate Depo | Follow up with opposing counsel to set depositions. | $75.00 | 0.20 | $15.00 |
| 02/09/2023 | AT | Coordinate Depo | Email opposing counsel about the depositions. | $75.00 | 0.20 | $15.00 |
| 02/10/2023 | AT | Case Review | Review the case stage and tasks. | $75.00 | 0.10 | $7.50 |
| 02/10/2023 | JJ | Case Review | Review case | $400.00 | 1.00 | $400.00 |
| 02/10/2023 | JJ | Meeting with | Client | $400.00 | 0.50 | $200.00 |
| 02/13/2023 | AT | Draft and Serve | Notice of taking depositions of the corporate representative, human resources representative, and Jesus Valencia. | $75.00 | 0.50 | $37.50 |
| **Non-billable Time Entries:** | | | | | | |
| 09/22/2022 | DJ | Administrative | Uploading Docs | $75.00 | 0.05 | $3.75 |
| 09/27/2022 | DJ | Administrative | Uploading Docs | $75.00 | 0.05 | $3.75 |
| 09/27/2022 | UL | Review | uploads | $75.00 | 0.05 | $3.75 |
| 09/28/2022 | DJ | Administrative | Uploading Docs | $75.00 | 0.05 | $3.75 |
| 10/12/2022 | UL | Review | uploads | $75.00 | 0.10 | $7.50 |
| 10/12/2022 | UL | Correspondence | Print letter<br>Scan upload send<br>Do envelope | $75.00 | 0.15 | $11.25 |
| 10/12/2022 | DJ | Administrative | Draft Letter | $75.00 | 0.10 | $7.50 |
| 10/12/2022 | UL | Correspondence | Reprint<br>Envelope | $75.00 | 0.10 | $7.50 |
| 10/13/2022 | UL | Review | Uploads | $75.00 | 0.10 | $7.50 |
| 10/17/2022 | UL | upload docs | Mtn | $75.00 | 0.15 | $11.25 |
| 11/01/2022 | DJ | Administrative | Draft Lt | $75.00 | 0.10 | $7.50 |
| 11/02/2022 | UL | Correspondence | Do letter<br>Do envelope<br>Scan upload send | $75.00 | 0.10 | $7.50 |
| 11/08/2022 | DJ | Administrative | Draft Lt | $75.00 | 0.10 | $7.50 |
| 11/09/2022 | DJ | Administrative | Draft Lt | $75.00 | 0.10 | $7.50 |
| 11/22/2022 | UL | Correspondence | Do letter<br>Do envelopes<br>Scan upload send | $75.00 | 0.30 | $22.50 |
| 12/20/2022 | MO | Administrative | Uploading invoices to accounting platforms. | $150.00 | 0.45 | $67.50 |
| | | | | Totals: | 71.85 | $13,901.25 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 05/03/2022 | AT | File complaint | | $402.00 | 1.0 | $402.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/03/2022 | AT | Flat fee for copying and postage per retainer agreement | | $100.00 | 1.0 | $100.00 |
| 05/12/2022 | TAG | Service of Process on Defendant(s) | To be served on: SALSAS OF TIUSVILLE CORPORATION D/B/A SALSAS COCINA TITUSVILLE A/K/A SALSAS MEXICAN RESTAURANT | $100.00 | 1.0 | $100.00 |
| 08/03/2022 | TAG | Service of Process on Defendant(s) | To be served on: JESUS VALENCIA | $100.00 | 1.0 | $100.00 |
| 12/20/2022 | MO | Mediation | Invoice for mediation services for Paz, Emma v. Salsa of Titusville Corporation & Jesus Valencia | $988.75 | 1.0 | $988.75 |

Expense Total: **$1,690.75**

| | |
|---|---|
| Time Entry Sub-Total: | $13,901.25 |
| Expense Sub-Total: | $1,690.75 |
| **Sub-Total:** | $15,592.00 |
| **Total:** | $15,592.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$15,592.00** |