# RESPONSE TO ORDER TO SHOW CAUSE BY JESUS VALENCIA

1. My name is Jesus Valencia. I am President of Defendant corporation Salsas of Titusville. I am over eighteen years of age and I have knowledge of the facts set forth herein.
2. My wife is Vice President of the Corporation, and she helps deal with the legal matters to assist me as she is fluent in English and she has translated this affidavit for me.
3. We attended all of the depositions and other matters in this case as we take the case very seriously.
4. We were not made aware of the September 27, 2023, hearing by our counsel and we were not aware of a September 19, 2023 settlement. I have no texts or emails where we agreed to a settlement. We are uncertain as to many of the facts in the Order to Show Cause.
5. We went to Mexico only twice in 2023 for about week at each time. I had phone and internet.
6. From November 27 to mid-December, I was in Spain. Our cel phone worked and we had email as we had internet. We could have responded to our attorney, and we have emails and texts to show we did respond when he contacted us. Our attorney did not tell us about the December 8th hearing until November 30th when we already in Spain. We let him know before the hearing that we were in Spain and could not return. It is uncertain if he shared this with the Court. I followed up after the hearing and did not get a response.
7. We never saw any of our attorney's responses to the court that are discussed in the Order to Show Cause. We did not receive our file until late January when he withdrew.
8. Our attorney did not show us the Order to Show Cause. We started calling new attorneys who looked up this order 1/29/2024 which is when we became aware of it. We are uncertain if Robert Lichfield is going to respond. We are willing to file all of our correspondence with him to show why we did not behave the way the Court expected.
9. English is not our first language and we depended on our attorney to explain what we needed to do and where to be. We would not know how to find a court-certified interpreter or what witnesses to bring to court for the most recent hearing.
10. We had only been to court in one other matter, and we relied on our attorney in that matter and prevailed. We did try to retain that attorney again in this matter several months ago, but he was not able to help us.
11. We did not mean to violate court orders or procedures and we relied on counsel. I am happy to get new counsel, but I am not sure where I stand as Mr. Blanchfield has told me he cannot help me. I would like to be copied directly on anything from the court.

By: _Jesus Valencia_
Jesus Valencia

MAJID S RADHAA
Notary Public-State of Florida
Commission # HH 378910
My Commission Expires
March 26, 2027

M.SR
01/30/2024

STATE OF FLORIDA                    )
COUNTY OF DUVAL                     )

The foregoing instrument was acknowledged before me, a notary public, by means of [X] physical presence or [ ] online notarization, this 30 day of January, 2024 by Jesus Valencia who is personally known to me or has produced his FL driver license as identification.



Printed Notary Name  Majid Radhaa
NOTARY PUBLIC, STATE OF FLORIDA
My Commission expires: 03/26/2027