UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:22-cv-00834-RBD-LHP

EMMA PAZ, and other similarly situated individuals, )
)
)
Plaintiff(s), )
)
v. )
)
SALSAS OF TITUSVILLE )
CORPORATION d/b/a SALSAS COCINA )
TITUSVILLE a/k/a Salsas Mexican )
Restaurant and JESUS VALENCIA, )
)
Defendants. )
)

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE**

Robert Blanchfield's supplemental Response to an Order to Show Cause (Dkt. 114) and without violating the attorney client privilege states as follows:

In follow up to the Defendants Response to the Order to Show Cause, undersigned offers the following information.

By way of short background, during attorney Jason Harr's hearing on his motion to withdraw as counsel for the Defendants, Mr. Harr explained he was withdrawing in large part because of lack of communications from Defendants. Upon Mr. Harr's withdraw from this matter, undersigned and Ms. Valencia discussed resolving the case and she then agreed that the demand previously made (in February 2023) should be accepted. Under-signed had no way to confirm that Ms. Valencia communicated same with

Mr. Valencia or Mr. Prado, the other two owners of Defendant restaurant.  A significant issue then became timing for payment and an agreement could not be made.  Text messages and emails will confirm undersigned's communications with both Plaintiff's counsel and Ms. Valencia on this topic.  Again, undersigned cannot confirm that Ms. Valencia relayed these communications with the other two owners.

Undersigned has only today learned that the Valencias were in Spain during the end of November through mid-December 2023.  Undersigned did send a reminder email on November 30, 2023 to Ms. Valencia explaining the topics for the December 8, 2023 hearing.  Undersigned explained in that email to Ms. Valencia that undersigned recalled "that you mentioned" that your  husband has "health issues" and also inquired whether you [the Valencias] were in the U.S.  Undersigned also offered to file a motion to allow the Valencias to attend the hearing via Zoom.  Undersigned did not receive a response to the above email.  Undersigned called Ms. Valencia but did was not able to reach her.  Underssigned also reached out to a restaurant manager, but he was not aware of the location of the Valencias.  Without knowing the location of the Valencias and in an abundance of caution, undersigned filed a motion asking the Court to reset the hearing since undersigned could not confirm that the Valencias would attend the hearing.

Then on December 7, 2024, undersigned emailed Ms. Valencia another reminder of the December 8, 2023 hearing and received an email from Ms. Valencia  explaining that "we cannot attend" the hearing because

we are out of the country for "reasons you already know" Based on previous conversations, undersigned understood the Valencias were in Mexico.

In the weeks leading up to the hearing on January 17, 2024, undersigned emailed, texted and spoke with Ms. Valencia about retaining additional counsel because undersigned would be a witness regarding the alleged settlement in February of 2023. Undersigned is not certain Ms. Valencia completely understood the need for new counsel, but given the numerous communications on the issue, undersigned believed he could not explain the issue in any other way. This was likewise true of the need for an interpreter. To be clear, undersigned did not receive any indication that undersigned should pursue or retain either.

As mentioned in Defendants' original Response to the Order to Show Cause, undersigned has tried throughout to confirm the owners understand all orders/filings/issues, undersigned is not confident the communications between undersigned and the owners has always been clearly understood. For those reasons, in November after undersigned took back over the day to day undersigned explained to Defendants that he intended to withdraw and since that time has made recommendations of alternate counsel to owners. Undersigned has requested the status of hiring counsel from the owners, but has received no response.

Following the hearing on January 17, 2024, the owners informed undersigned that they would be hiring new counsel and undersigned plans to file a motion to withdraw.

Although there have clearly been communications issues in this matter, Defendants did attend the January 2024 hearing in good faith and certainly made significant efforts to try and resolve the case. Any errors made in this case were wholly unintentional and not intended to prejudice the Plaintiff.

WHEREFORE for the reasons above, Defendants and undersigned respectfully request that the Court not sanction either Defendants or undersigned.

Respectfully submitted,

**/s/ Robert Blanchfield**
Robert Blanchfield, Esq.
Florida Bar No.: 0361800
E-Mail:Robert@BlanchfieldLawFirm.com
BLANCHFIELD LAW OFFICES
3224 S U.S. Hwy 1
Fort Pierce, FL 33982
Telephone: (407) 497-0463
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will manner serve all counsel of record electronically via CM/ECF.

By: /s/ **Robert Blanchfield**