**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EMMA PAZ,

        Plaintiff,

v.                                         Case No:   6:22-cv-834-RBD-LHP

SALSAS OF TITUSVILLE
CORPORATION and JESUS
VALENCIA,

        Defendants

---

## ORDER

On January 17, 2024, the Court issued an Order to Show Cause to Defendants Salsas of Titusville Corporation ("Salsas") and Jesus Valencia and their counsel, Robert E. Blanchfield, directing Defendants and their counsel to show cause in writing by January 31, 2024 as to why they each should not be sanctioned for their behavior in this case to date.  Doc. No. 114.  On January 30, 2024, Attorney Blanchfield filed a response on behalf of both Defendants. Doc. No. 115.  And on January 31, 2024, Attorney Blanchfield filed a response on behalf of himself.  Doc. No. 117.

Also on January 30, 2024, Jesus Valencia filed his own response to the Order to Show Cause. Doc. No. 116. Pursuant to Local Rule 2.02(b)(3), "[i]f a lawyer represents a person in an action, the person can appear through the lawyer only." As of the writing of this Order, Jesus Valencia remains represented by Attorney Blanchfield. As such, Mr. Valencia cannot file anything in this case *pro se*. Moreover, to the extent Mr. Valencia has attempted to file this response on behalf of Salsas, "[a] party, other than a natural person, can appear through the lawyer only." Local Rule 2.02(b)(2). Salsas is a corporate entity, there is nothing in the record to suggest that Mr. Valencia is an attorney, and therefore even if the Court were to allow Mr. Valencia to file a response, he cannot proceed on behalf of Salsas.

For these reasons, Mr. Valencia's response (Doc. No. 116) is **ORDERED STRICKEN. Attorney Blanchfield is ORDERED to immediately send a copy of this Order to Mr. Valencia – via both email and via certified mail.**

**DONE** and **ORDERED** in Orlando, Florida on January 31, 2024.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties