UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:22-cv-00834-RBD-LHP

EMMA PAZ, and other similarly situated individuals,

   Plaintiff(s),

v.

SALSAS OF TITUSVILLE CORPORATION d/b/a SALSAS COCINA TITUSVILLE a/k/a Salsas Mexican Restaurant and JESUS VALENCIA,

   Defendants.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

COMES Now Defendants and by and through undersigned counsel hereby file this Motion to Withdraw as counsel for Defendants and in support thereof, state:

1. This is a matter brought pursuant to the Fair Labor Standards Act or FLSA

As the Court is aware, attorney Jason Harr was performing all day to day representation in this matter until in or about late August, 2023. Upon the Court granting Mr. Harr's Motion to withdraw, undersigned stepped in for the sole purpose of getting the case settled. That has proved to be exceptionally challenging. In addition, undersigned began to recognize that communication between the Defendants/Owners and undersigned was not always effective. Therefore in November and again in December, undersigned explained to Defendants that he intended to withdraw and since that time has made recommendations of alternate counsel to owners.

2. Following the conclusion of the hearing in this matter on January 17, 2024, Defendants explained to undersigned that Defendants planned to retain new counsel. Since undersigned is in the process of transitioning to a new position handling primarily corporate, mergers/acquisitions and a lesser volume of litigation, undersigned agreed to file a motion to withdraw.

3. Defendants via undersigned therefore respectfully requests leave for Robert Blanchfield to withdraw from this matter.

4. Undersigned on January 18, 2024 notified Defendants via U.S. Mail of his intent to withdraw. That said, undersigned has also spoken directly with Defendants about this issue and sent emails to Defendants as well.

5. Undersigned consulted with counsel for Plaintiff who does not oppose the relief requested in this matter so long as granting this motion does not delay other deadlines.

## MEMORADUM OF LAW

Federal Rule of Civil Procedure 6 (b) permits an attorney to withdraw as counsel when doing so can be accomplished with material adverse effect on the client. See R. Regul. FL. Bar 4-1.16 (b) (1).

R. Regul. FL. Bar 4-1.16 (b) (5) also permits withdraw for good cause. In the instant matter, undersigned is in process of taking on a new role and does not believe he will have requisite time to properly represent Defendants.

In addition, R. Regul. FL. Bar 4-1.16 (a) (3) requires an attorney to withdraw who has been discharged.

For all reasons explained herein, undersigned respectfully requests that he be permitted to withdraw. Such a request is made in good faith and is not intended to prejudice any party in this matter.

WHEREFORE, the Defendants respectfully request that this Court grant this request and allow undersigned counsel to withdraw as counsel.

Respectfully submitted,

**/s/ Robert Blanchfield**
Robert Blanchfield, Esq.
Florida Bar No.: 0361800
E-Mail:Robert@BlanchfieldLawFirm.com
BLANCHFIELD LAW OFFICES
3224 S U.S. Hwy 1
Fort Pierce, FL 33982
Telephone: (407) 497-0463
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will manner serve all counsel of record electronically via CM/ECF.

By: **/s/ Robert Blanchfield**