# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EMMA PAZ,

        Plaintiff,

v.                                          Case No:   6:22-cv-834-RBD-LHP

SALSAS OF TITUSVILLE CORPORATION and JESUS VALENCIA,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS (Doc. No. 119)
>
> **FILED:**     February 8, 2024
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Attorney Robert Blanchfield moves to withdraw from this case as counsel for all Defendants. Doc. No. 119. The motion is due to be denied for several reasons. First, as a corporate entity, Defendant Salsas of Titusville Corporation may not

appear and be heard in this matter except through counsel of record. Local Rule 2.02(b)(2). Given the history of this case, in particular the conduct of Defendants to date, and because Salsas of Titusville Corporation would not be able to appear in this matter without counsel, the Court will not permit Attorney Blanchfield to withdraw unless and until substitute counsel enters an appearance on the company's behalf.

Second, Attorney Blanchfield, along with Defendants, are currently the subject of a pending Order to Show Cause regarding sanctions, and the Court is reluctant to allow Attorney Blanchfield to withdraw while that matter remains pending. The Court also has concerns about the extent and nature of the communications between Attorney Blanchfield and Defendants, given the representations made in the Order to Show Cause responses. Doc. Nos. 115, 117.[1]

---

[1] The Court also reminds Attorney Blanchfield of his obligations under Federal Rule of Civil Procedure 11 and his duty of candor to the Court. Specifically, his statement in the present motion that "attorney Jason Harr was performing all day to day representation in this matter until in or about late August, 2023" is readily belied by the docket in this case. Attorney Blanchfield has been lead counsel for Defendants in this matter since at least May 2022 (*see* Doc. No. 9, answer signed by Attorney Blanchfield), he conducted the case management conference (Doc. No. 25), he filed a notice of designation of lead counsel (Doc. No. 38), responded to various motions, *see, e.g.* Doc. No. 44, and purportedly was the attorney who negotiated the settlement that has been the subject of extensive litigation to date. Attorney Jason Harr did not appear in this case until February 20, 2023 (Doc. No. 45), and withdrew on August 17, 2023 (Doc. No. 64). Until the present motion, Attorney Blanchfield has never moved to withdraw.

- 3 -

Attorney Blanchfield may renew his motion to withdraw upon appearance of substitute counsel.

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2024.

Leslie Hoffman Price
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties