UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMMA PAZ,

    Plaintiff,

v.                                                                     Case No. 6:22-cv-834-RBD-LHP

SALSAS OF TITUSVILLE
CORPORATION; and JESUS
VALENCIA,

    Defendants.
_____

## ORDER

In this Fair Labor Standards Act case with a tortured history, Plaintiff moved to enforce the parties' purported settlement agreement and alternatively sought sanctions. (Doc. 82.) On referral, after many delays caused by Defendants, U.S. Magistrate Judge Leslie Hoffman Price entered a well-reasoned and thorough Report and Recommendation submitting that the Court should grant the motion in part. (Doc. 122 ("R&R").) She concluded that no binding settlement was reached, but nevertheless recommended the Court strike Defendants' answer, enter defaults against them, and levy other sanctions based on their misconduct. (*Id.*) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 122) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's motion (Doc. 82) is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R.

3. Defendants' Answer (Doc. 9) is **STRICKEN**. The Clerk is **DIRECTED** to remove it from the docket. The Clerk is further **DIRECTED** to enter defaults against Defendants.

4. Plaintiff is **DIRECTED** to file a motion for default judgment within the time prescribed by Local Rule 1.10(c), with supporting evidence on the issues of damages, attorney's fees, and costs.

5. Plaintiff is **AWARDED** from Defendants Salsas of Titusville Corporation and Jesus Valencia and Attorney Robert E. Blanchfield, Esq., jointly and severally, the reasonable expenses—including travel expenses and attorney's fees and costs—incurred in preparing for and attending the January 17, 2024 evidentiary hearing. The plaintiff's counsel is **DIRECTED** to meet and confer with the Defendants' counsel on the amount of such expenses and may file a motion with the Court to determine a reasonable amount if they cannot agree.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 10, 2024.



ROY B. DALTON, JR.
United States District Judge