**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EMMA PAZ,

    Plaintiff,

v.                                                      Case No. 6:22-cv-834-RBD-LHP

SALSAS OF TITUSVILLE
CORPORATION; and JESUS
VALENCIA,

    Defendants.
_____

**ORDER**

In this Fair Labor Standards Act case with a tortured history, the Court directed the entry of Clerk's defaults against Defendants and authorized sanctions due to their misconduct. (Doc. 123.) Plaintiff then filed motions for default judgment and attorney's fees. (Docs. 129 ("Default Motion"), 130 ("Fee Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a well-reasoned and thorough Report and Recommendation submitting that the Court should grant the Default Motion in part and the Fee Motion in full. (Doc. 143 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 143) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's Default Motion (Doc. 129) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The Motion is **GRANTED** in that the Clerk is **DIRECTED** to enter default judgment in favor of Plaintiff Emma Paz and against Defendants Salsas of Titusville Corporation ("Salsas") and Jesus Valencia in the total amount of **$74,705.05**, comprised of the following:

       i. **$13,814.40** in wages on the unpaid overtime compensation claims (Counts I and II) jointly and severally against both Defendants;

       ii. **$13,814.40** in liquidated damages on the unpaid overtime compensation claims jointly and severally against both Defendants;

       iii. **$8,800.00** in unpaid back wages on the retaliation claim (Count III) against Defendant Salsas;

       iv. **$8,800.00** in liquidated damages on the retaliation claim against Defendant Salsas;

       v.      **$28,054.25** in attorney's fees, jointly and severally against both Defendants; and

      vi.      **$1,422.00** in costs, jointly and severally against both Defendants.

    b.    The Motion is **DENIED** in all other respects.

3.    Plaintiff's Fee Motion (Doc. 130) is **GRANTED**.

4.    Plaintiff Emma Paz is **AWARDED** attorney's fees in the amount of **$3,301.50** and costs in the amount of **$599.11**, to be paid jointly and severally by Defendants Salsas of Titusville Corporation and Jesus Valencia and Attorney Robert E. Blanchfield, Esq. The Clerk is **DIRECTED** to enter a separate judgment on this award.

5.    Thereafter, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 13, 2025.



ROY B. DALTON, JR.
United States District Judge

3